Certificate Number: 15317-ILN-DE-029659516

Bankruptcy Case Number: 17-22123



15317-ILN-DE-029659516

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 31, 2017</u>, at <u>12:19</u> o'clock <u>PM PDT</u>, <u>Carol A Cokinis</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>July 31, 2017</u>          By:    <u>/s/Rose Benito</u>

                                  Name:  <u>Rose Benito</u>

                                  Title:  <u>Counselor</u>